1
2
3
4
5

Michael J. Kelly
Van Siclen, Stocks & Firkins
721 45th Street NE
Auburn, WA 98002
Tel. 253-859-8899
Fax 866-623-2421

Honorable Judge Edward F. Shea

6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8
9

TAMARA MARIE CORTER, a married
individual,

NO.  CV-12-173-EFS

10
11
12

PLAINTIFF,

VS.

STIPULATED ORDER OF
PROTECTION

13
14
15

DOUGLAS COUNTY, a political subdivision
of the State of Washington; STEVE
GROSECLOSE, individually, and as an agent of
Douglas County;

16

DEFENDANTS.

17
18

THE PARTIES HERETO, by and through their respective counsel, agree and

19

stipulate as follows:

20
21
22

1.      Plaintiff possesses a variety of documents which include, in particular, her health

care records and her and her family's income tax records. These types of documents and/or

23

information are often privileged and confidential and protected from public disclosure. Similarly,

24
25

Douglas County and the individual defendant, Steve Groseclose, may also possess documents

which may be privileged, confidential and protected from public disclosure.

26
27

2.      Plaintiff desires to produce the above-described documents to comply with

28
29

discovery requests that may have some reasonable relevance to the claims, damages, and

30

defenses in this case. However, Plaintiff also has concerns about the disclosure of this

STIP. PROT. ORDER - 1

information and these materials, particularly, but not limited to, disclosure to the individually-named defendant herein and possible uses of the information outside the scope of this instant case. These concerns are based on past and ongoing state court litigation between the plaintiff and the individually-named defendant related to the custody of their common child. A protective order granted by the court will minimize the potential harm from limited disclosure of these confidential files.

4.     The parties agree that certain documents produced by Plaintiff in this matter, in particular any documents or records related to, or reflecting, any aspect of Plaintiff's health care (e.g. medical records, pharmacy records, mental health records of any kind, etc.) shall not be disclosed or made available to any person or entity except as provided in this stipulation, and shall be used only for purposes of U.S. District Court Cause No. CV-12-173-EFS. They shall be disclosed only to counsel in this case who have executed this stipulation, and only to witnesses where disclosure to a witness is necessary for the purposes of the case.  Prior to delivery of these documents to any witness, the witness shall first read this stipulation and agree to be bound by its terms.   For purposes of this stipulation, disclosure to counsel includes disclosure to the employees of counsel, including secretarial and paralegal assistants, as necessary to assist in the preparation of this case.

5.     Plaintiff believes that many of the requested documents are not relevant to the issues in this case, and are not admissible.  They are nevertheless being produced in the interest of open disclosure and furthering the discovery process.   The potential use at trial of all documents referred to in this stipulation will be governed by the court rules, evidence rules and federal law.

STIP. PROT. ORDER - 2

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 623-2421

6.     After receiving and reviewing records disclosed by Plaintiff in this case, Defendants shall have the right to contest that the records or any portion thereof are entitled to confidentiality or should be protected from disclosure unrelated to this case.  In that event, any contesting Defendant shall give Plaintiff at least fourteen (14) days prior electronic notice of said contention and by specifically describing the record(s) at issue.  Plaintiff shall then have the opportunity to move for a ruling of protection by the court.  In the event the Plaintiff does not move for protection of the records designated by any defendant within fourteen (14) days after receiving electronic notice, then this order of protection shall lapse with respect to those designated records and Defendants will be free to disseminate same as Defendants see fit.

7.     After dismissal, settlement, or entry of a verdict, the terms of this stipulation and order will remain in effect as to any portion of the documents covered under this stipulation, and not made public in these proceedings, subject to modification by court order.

8.     The terms of this stipulation may be modified or revoked by the parties to this agreement only by written agreement of all parties or by court order.


DATED this __13th__ day of February, 2013.     DATED this __13th__ day of February, 2013.

VAN SICLEN STOCKS AND FIRKINS          EVANS, CRAVEN & LACKIE, P.S.


_/s/ Michael J. Kelly_____ .          _/s/ Heather Yakely_____ .
Michael J. Kelly, WSBA #31816          Heather Yakely, WSBA #28848
Attorney for Plaintiff               Attorneys for Defendant Steve Groseclose


STIP. PROT. ORDER - 3

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA  98002-1381
(253) 859-8899 • Fax (866) 623-2421

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

DATED this ___13th___ day of February, 2013.

JEFFERS, DANIELSON, SONN &
AYLWARD, P.S.


*/s/ Stanley A. Bastian*                          .
Stanley A. Bastian, WSBA #13415
Kyle J. Silk-Eglet, WSBA #43177
Attorneys for Defendant Douglas County



## ORDER

PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED.



DONE IN OPEN COURT this ___**14th**___day of ___**February**___, 2013.



**s/ Edward F. Shea**
_____
HONORABLE EDWARD F. SHEA
United States District Judge

STIP. PROT. ORDER - 4

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 623-2421