# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TAMARA MARIE CORTER, a married individual,

*Plaintiff*

v.

DOUGLAS COUNTY, a political subdivision of the State of Washington, and STEVE GROSECLOSE, individually and as an agent of Douglas County,

*Defendant*

Civil Action No. CV-12-173-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant Douglas County with prejudice pursuant to the Order Granting Douglas County's Motion for Summary Judgment entered on September 20, 2013, ECF No. 38

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Summary Judgment.

Date: September 20, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas