AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

TAMARA MARIE CORTER,  a married individual,

<table>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  CV-12-173-EFS</td></tr>
<tr><td>STEVE GROSECLOSE, individually and as an agent of<br>Douglas County,</td><td>)<br>)</td><td></td></tr>
<tr><td>_____<br><em>Defendant</em></td><td></td><td></td></tr>
</table>

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*   TAMARA MARIE CORTER                                                    recover from the
defendant *(name)*                                STEVE GROSECLOSE                                the amount of
SIXTY THOUSAND                                          dollars ($  60,000.00  ).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge  Edward F. Shea                                                    presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for

Date:  October 30, 2013                                    CLERK OF COURT

                                                           SEAN F. McAVOY

                                                           s/ Cora Vargas
                                                           *(By) Deputy Clerk*

                                                           Cora Vargas